1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SAMUEL PEREZ,

11           Plaintiff,                    No. CIV S-10-0349 WBS EFB P

12      vs.

13   GANDY, et al.,

14           Defendants.                   ORDER

15   _____/

16        Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights

17   action.  The United States Marshal has returned process directed to defendants Sheila and

18   Rodriguez unserved, with notations indicating that "Shiela" cannot be located unless a last name

19   is provided, and that "Rodriguez" is not listed in the CDCR locator database.  *See* Dckt. No. 17.

20        Plaintiff must provide new information about where these defendants may be served with

21   process.  Plaintiff may seek such information through discovery, the California Public Records

22   Act, California Government Code §§ 6250, *et seq*., or any other means available but must

23   proceed with haste because Rule 4(m) of the Federal Rules of Civil Procedure requires that an

24   action be dismissed as to a defendant not served within 120 days after filing the complaint,

25   unless the time is enlarged based upon a demonstration of good cause.  If plaintiff's access to the

26   required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, it is ORDERED that:

1.  The Clerk of the Court shall mail plaintiff two forms USM-285.

2.  Within 60 days from the date this order is served, plaintiff may return the completed forms USM-285, providing new instructions for service of process upon defendants Shiela and Rodriguez.

3.  Failure to provide new instructions for service of process upon defendants Sheila and Rodriguez within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to those defendants.

DATED:  June 21, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                        FOR THE EASTERN DISTRICT OF CALIFORNIA

7    SAMUEL PEREZ,

8              Plaintiff,                    No. CIV S-10-0349 WBS EFB P

9         vs.

10   GANDY, et al.,

11             Defendants.                   NOTICE OF SUBMISSION OF DOCUMENTS

12   _____/

13        In accordance with the court's order filed _____, plaintiff hereby

14   submits:

15             ____                completed forms USM-285

16

17   Dated:

18

19                                           _____
                                                          Plaintiff

20

21

22

23

24

25

26